FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 2 4 2009

DAVID J. MALAND, CLERK
BY
DEPUTY_____

3:22 p.m.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| EARNEST HOYE | § | |
| | § | |
| **Plaintiff** | § | CIVIL ACTION NO: 6:08CV391 |
| | § | |
| V. | § | JUDGE SCHNEIDER |
| | § | |
| UPSHUR COUNTY, TEXAS | § | |
| | § | |
| **Defendant** | § | |

## JURY VERDICT FORM

### Question No. 1

Do you find by a preponderance of the evidence that Defendant failed to promote Plaintiff Earnest Hoye based upon his race, African-American?

Answer "Yes" or "No".

**Answer:** _____NO_____

Please go to Question No. 2.

**Question No. 2**

Do you find by a preponderance of the evidence that Defendant subjected Plaintiff Earnest Hoye to a hostile work environment as a result of his race, African-American?

Answer "Yes" or "No".

**Answer:** __NO__

If you answered "Yes" to either Question No. 1 or Question No. 2, please answer Question No. 3.

2

## Question No. 3

What sum of money, if any, do you find by a preponderance of the evidence will fairly and reasonably compensate Plaintiff Earnest Hoye for any damages proximately caused by Defendant?

Answer in dollars and cents, or "none".

A.    Back pay and benefits:

ANSWER:   $ _____

B.    Future loss of earnings:

ANSWER:   $ _____

C.    Past emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses:

ANSWER:   $ _____

D.    Future emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses:

ANSWER:   $ _____

The foreperson is requested to initial and date this document in the spaces provided below as the unanimous verdict of the jury.

_____11/24/09_____

DATE

_____

FOREPERSON

3